|   |   |
|---|---|
| 1  |   |
| 2  |   |
| 3  |   |
| 4  |   |
| 5  |   |
| 6  |   |
| 7  |   |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE: STEVEN WAYNE BONILLA

No. 2:24-cv-00226-TLN-KJN
No. 2:24-cv-00227-TLN-KJN
No. 2:24-cv-00228-TLN-KJN
No. 2:24-cv-00229-TLN-KJN
No. 2:24-cv-00230-TLN-KJN
No. 2:24-cv-00231-TLN-KJN
No. 2:24-cv-00232-TLN-KJN
No. 2:24-cv-00234-TLN-KJN
No. 2:24-cv-00235-TLN-KJN
No. 2:24-cv-00236-TLN-KJN

**ORDER**

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in Alameda County. (*See Bonilla v. Fresno County*, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

1

1  13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of
2  the Court to open a new case for each attempted new pleading and assign it to the undersigned for
3  review.  (*Id.* at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's
4  Alameda County criminal conviction, the case will be ordered dismissed and closed.  (*Id.*)

5      The Court has reviewed the complaints/petitions filed in the above-captioned cases and
6  finds they are related to Plaintiff's Alameda County criminal conviction.

7      Accordingly, the complaints/petitions in Case Nos. 2:24-cv-00226, 2:24-cv-00227, 2:24-
8  cv-00228, 2:24-cv-00229, 2:24-cv-00230, 2:24-cv-00231, 2:24-cv-00232, 2:24-cv-00234, 2:24-
9  cv-00235, and 2:24-cv-00236 are hereby DISMISSED.  The Clerk of the Court is directed to
10  close these cases.  No further filings will be accepted.

11      IT IS SO ORDERED.

12     Dated:  February 14, 2024

Troy L. Nunley
United States District Judge